U.S. DISTRICT COURT - N.D. OF N.Y.

FILED

OCT 0 2 2025

AT_____ O'CLOCK

John M. Domurad, Clerk - Albany

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.  8:25-CR-393 (ECC) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| **STACEY TAYLOR, a.k.a Stacey Macey,** | ) | Violations:  8 U.S.C. § 1324(a)(1)(A)(i) |
| | ) | and (v)(I) |
| **Defendant.** | ) | [Conspiracy to Commit Alien |
| | ) | Smuggling] |
| | ) | 8 U.S.C. § 1324(a)(2) |
| | ) | [Alien Smuggling] |
| | ) | |
| | ) | |
| | ) | 5 Counts |
| | ) | |
| | ) | County of  Clinton |
| | ) | Offenses: |

## THE GRAND JURY CHARGES:

### COUNT 1
### [Conspiracy to Commit Alien Smuggling]

On or about January 20, 2025, in Clinton County in the Northern District of New York, and elsewhere, the defendant, **STACEY TAYLOR, a.k.a Stacey Macey**, and others, conspired to commit alien smuggling by, knowing that one or more persons were aliens, that is four aliens believed to have the initials G.S., H.A., S.K, and N.L., bringing to the United States in any manner whatsoever such persons at a place other than a designated port of entry, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and (v)(I).

### COUNT 2
### [Alien Smuggling]

On or about January 20, 2025, in Clinton County in the Northern District of New York, the defendant, **STACEY TAYLOR, a.k.a Stacey Macey**, knowing and in reckless disregard of the fact that an alien believed to have the initials G.S. had not received prior official authorization to

come to, enter, and reside in the United States, brought to the United States in any manner whatsoever, such alien, in violation of Title 8, United States Code, Section 1324(a)(2). That violation was done for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii). Count Two was the defendant's first violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), in violation of Title 8, United States Code, Section 1324(a)(2)(B).

### COUNT 3
### [Alien Smuggling]

On or about January 20, 2025, in Clinton County in the Northern District of New York, the defendant, **STACEY TAYLOR, a.k.a Stacey Macey**, knowing and in reckless disregard of the fact that an alien believed to have the initials H.A. had not received prior official authorization to come to, enter, and reside in the United States, brought to the United States in any manner whatsoever, such alien, in violation of Title 8, United States Code, Section 1324(a)(2). That violation was done for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii). Count Three was the defendant's second violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), in violation of Title 8, United States Code, Section 1324(a)(2)(B).

### COUNT 4
### [Alien Smuggling]

On or about January 20, 2025, in Clinton County in the Northern District of New York, the defendant, **STACEY TAYLOR, a.k.a Stacey Macey**, knowing and in reckless disregard of the fact that an alien believed to have the initials S.K. had not received prior official authorization to come to, enter, and reside in the United States, brought to the United States in any manner whatsoever, such alien, in violation of Title 8, United States Code, Section 1324(a)(2). That

violation was done for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii). Count Four was the defendant's third violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), in violation of Title 8, United States Code, Section 1324(a)(2)(B).

## COUNT 5
### [Alien Smuggling]

On or about January 20, 2025, in Clinton County in the Northern District of New York, the defendant, **STACEY TAYLOR, a.k.a Stacey Macey**, knowing and in reckless disregard of the fact that an alien believed to have the initials N.L. had not received prior official authorization to come to, enter, and reside in the United States, brought to the United States in any manner whatsoever, such alien, in violation of Title 8, United States Code, Section 1324(a)(2). That violation was done for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii). Count Five was the defendant's fourth violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), in violation of Title 8, United States Code, Section 1324(a)(2)(B).

Dated:    October 2, 2025

A TRUE BILL,    * Name Redacted

_____
Grand Jury Foreperson

JOHN A. SARCONE III
Acting United States Attorney

By:    _____
Jeffrey C. Stitt
Assistant United States Attorney
Bar Roll No. 520195

MATTHEW R. GALEOTTI
Acting Assistant Attorney General
Criminal Division
Department of Justice


By: _____
Chelsea Schinnour
Trial Attorney
Human Rights and Special Prosecutions Section
CO Bar #43517