**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.                                              **8:25-CR-393 (ECC)**

**Stacey Taylor**

                    **Defendant**

---

**PAUL J. EVANGELISTA**
**U.S. MAGISTRATE JUDGE**

### ORDER TO RELEASE DETAINED DEFENDANT

The above-named Defendant has satisfied the conditions for release and the

Defendant shall be released from custody by **9:00am on Friday, July 17th, 2026**.

Defendant is directed to immediately report to the U.S. probation office in Plattsburgh, NY

upon release from the Clinton County Jail.

**IT IS SO ORDERED.**

**DATED:  July 16th , 2026**

Paul J. Evangelista
U.S. Magistrate Judge